UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 23-00302-SPG(SPx) | Date | April 27, 2023 |
|---|---|---|---|
| Title | The Trustee of the Carlos C. Reis Living Trust v. Ruin My Life , Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, **on or before May 11 2023,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff(s) response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant(s) **Ruin My Life, Inc. and Eric Park** did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.

_____   :   _____

Initials of Preparer   pg