UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 5:23-cv-00302-MRA (SPx) | Date | April 30, 2024 |
|---|---|---|---|
| Title | The Trustee of the Carlos C. Reis Living Trust v. Ruin My Life, Inc. et al | | |

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **May 10, 2024**, why this action should not be dismissed for lack of prosecution as to all Defendants for which default has been entered.

As an alternative to a written response by plaintiff(s), the Court will consider the filing of the following on or before the above date as an appropriate response to this Order:

X       Plaintiff filing a Motion for Entry of Default Judgment (F.R.Civ.P. 55)

In addition, the Court, on its own motion, ORDERS plaintiff to show cause in writing no later than **May 10, 2024**, why this action should not be dismissed for lack of prosecution as to all unserved Defendants.

As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following on or before the above date as an appropriate response to this Order:

X       Proof of service of summons and complaint (F.R.Civ.P. 4) *(however, if the deadline to file the Answer has already passed, plaintiff(s) must also submit a Request for Default or Stipulation Extending Time to Answer)*

X       Notice of Voluntary Dismissal (F.R.Civ.P. 41(a))

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint.  Fed. R. Civ. P. 4 (m).  It is the responsibility of the plaintiff to respond promptly to all Orders and to prosecute the action diligently, including by filing mandatory proofs of service and stipulations or motions extending time to respond.  If necessary, the plaintiff must also pursue remedies promptly under Federal Rule of Civil Procedure 55 upon the default of any defendant.  The Court must approve all stipulations affecting the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 5:23-cv-00302-MRA (SPx) | Date | April 30, 2024 |
|---|---|---|---|
| Title | The Trustee of the Carlos C. Reis Living Trust v. Ruin My Life, Inc. et al | | |

progress of the case.   Local Rule 7-1.

    No oral argument regarding this matter will be heard unless ordered by the Court.   This Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the plaintiff(s) is due.

                                                    - : -

Initial of Deputy Clerk    gga